1048

[No. 54074-2-I.   Division One.   May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LAMONT
RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-1-08627-1, Carol A. Schapira, J., entered
April 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54159-5-I.   Division One.   May 31, 2005.]

*In the Matter of the Personal Restraint of* JOSEPH STEPHEN
BRASSY-APODACA, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 54188-9-I.   Division One.   May 31, 2005.]

GREGORY D. GORFKLE, *Respondent*, v. DAVID S. HARTMANN
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-06200-8, Mary Roberts, J., entered April
27, 2004. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Ellington, A.C.J., and Coleman, J.

[No. 54398-9-I.   Division One.   May 31, 2005.]

RED OAKS CONDOMINIUM OWNERS ASSOCIATION, *Respondent*, v.
SUNDQUIST HOLDINGS, INC., ET AL., *Defendants*, MUTUAL OF
ENUMCLAW INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 04-2-08703-0, Larry E. McKeeman, J.,
entered April 16, 2004, and May 13, 2004. *Affirmed* by
unpublished opinion per Baker, J., concurred in by Cox,
C.J., and Agid, J. Now published at 128 Wn. App. 317.